■ THE PEOPLE OF THE STATE OF NEW YORK v. JOHN BOLDEN.— Enlargement of time granted. Concur — Rabin, J. P., Valente, McNally, Stevens and. Bergan, JJ.

## (October 15, 1959)

■ In the Matter of JEROME C. LEWIS for Reinstatement to the Bar:— Motion for leave to appeal to the Court of Appeals denied. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ INGA DIDRICKSON et al. v. M/S TAIWAN et al.— Motion for leave to reargue denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ CONSTANCE C. KNIGHT et al., Individually and on Behalf of All Other Stockholders of Kroder Reubel Co., Inc., Similarly Situated, v. ARTHUR SARKISIAN et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ HARRY SCHLESINGER et al. v. JOHN M. BENNETT. DONALD B. PARKER v. JOHN M. BENNETT.—Application denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ ANNA M. HENNING v. GUSTAV HENNING.— Motion by plaintiff-respondent to dismiss appeal from order of reference to hear and report denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ABBOTT MAINTENANCE CORP. et al.— Motion for stay granted. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ NORTHEASTERN LIFE INSURANCE COMPANY OF NEW YORK, v. MATTHEW JAFFE et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. SALVATORE MESSINA.— Motion denied. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JERRY ROBERTSON.— Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.